UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In re

TAMMI L. BASTIAN,

        Debtor.

_____

TAMMY L. BASTIAN,

        Plaintiff,

v.

FAST EFNDS LLC, E-FINANCE CALL CENTER
SUPPORT, INC., RARE MOON MEDIA, LLC,
TOTAL RECOVERY SOLUTIONS, LLC, JEREMY
SHAFFER and JOSH MITCHEM,

        Defendants.

Case No. 13-21240

Chapter 7

Adversary No. 13-2198

_____

ORDER DENYING DEFENDANTS E-FINANCE CALL CENTER
SUPPORT, INC., AND JOSHUA MITCHEM'S MOTIONS TO DISMISS OR,
IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

_____

For the reasons stated in the Court's Memorandum Decision entered on this date, IT IS ORDERED Joshua Mitchem's motion to dismiss is denied.

IT IS FURTHER ORDERED E-Finance Call Center Support, Inc., motion to dismiss or, in the alternative, motion for summary judgment is denied.

IT IS FURTHER ORDERED the stay of discovery between the parties is lifted.

February 18, 2014

                                            Margaret Dee McGarity
                                            United States Bankruptcy Judge